AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Engelmayer, Paul A. | U.S. District Court, Southern District of New York | 12/11/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 01/01/2013 to 12/31/2013 |

**7. Chambers or Office Address**

U.S. Courthouse
40 Centre Street
New York, NY
10007

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 |
| 2. | Trustee | Trust #2 |
| 3. | Trustee (x) | Trust #3 (x) |
| 4. | Co-Executor (x) | Estate #2 (x) |
| 5. | Co-Executor (y) | Estate #1 (y) |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2009 | WilmerHale partnership agreement re interest earned on retained capital of former partners |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 12/18/13 | Spouse's Estate Executor's Commission |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Harvard Law School | January 10-11, 2013 | Cambridge, MA | Teaching Law School Class | Transportation, Meals and Lodging |
| 2. | Federal Bar Council | February 16-19, 2013 | Curacao | Participation on Continuing Legal Education Panels | Transportation, Meals and Lodging |
| 3. | Harvard Law School | April 4-5, 2013 | Cambridge, MA | Judging Moot Court | Transportation, Meals and Lodging |
| 4. | Harvard Law School | October 9-10, 2013 | Cambridge, MA | Teaching Law School Class | Transportation, Meals and Lodging |
| 5. | Harvard Law School | November 21-22, 2013 | Cambridge, MA | Teaching Law School Class | Transportation, Meals and Lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Engelmayer, Paul A. | 12/11/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Engelmayer, Paul A. | 12/11/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage #1 (H) | | | | | | | | | |
| 2. -Aberdeen Emerging Markets Instl | A | Int./Div. | L | T | | | | | |
| 3. -Berkshire Hathaway Inc Del B | | None | | | Sold | 05/28/13 | M | F | |
| 4. -Eaton Vance Structured Emerging Markets | C | Int./Div. | N | T | | | | | |
| 5. -Prudential Jennison Natural Resources Cl Z I | | None | M | T | | | | | |
| 6. -RS Global Natural Resources Cl Y | A | Int./Div. | J | T | Sold (part) | 12/17/13 | M | | |
| 7. -First Eagle Global Inst CL I | D | Int./Div. | N | T | | | | | |
| 8. -Schwab NY AMT Tax-Free Money Fund | A | Int./Div. | K | T | | | | | |
| 9. -Deutsche Bank AG London 307 US CMS | | None | J | T | | | | | |
| 10. -iShares S&P GSSI Nat | | None | M | T | Buy | 12/27/13 | M | | |
| 11. Brokerage #2 (H) | | | | | | | | | |
| 12. -Schwab NY AMT Tax-Free Money Fund | A | Int./Div. | N | T | | | | | |
| 13. Brokerage #3 (H) | | | | | | | | | |
| 14. -iShare DJ Utility SEC IN | C | Int./Div. | | | Sold (part) | 01/28/13 | J | A | |
| 15. | | | | | Buy (add'l) | 05/29/13 | K | | |
| 16. | | | | | Sold (part) | 07/01/13 | M | C | |
| 17. | | | | | Buy (add'l) | 07/15/13 | M | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Engelmayer, Paul A. | 12/11/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 07/22/13 | K | A | |
| 19. | | | | | Buy (add'l) | 08/26/13 | K | | |
| 20. | | | | | Sold (part) | 09/16/13 | M | | |
| 21. | | | | | Buy (add'l) | 09/23/13 | M | | |
| 22. | | | | | Sold | 10/14/13 | M | | |
| 23.   -iShares Dow Jones US Energy Sector | B | Int./Div. | M | T | Sold (part) | 01/28/13 | J | A | |
| 24. | | | | | Buy (add'l) | 05/29/13 | K | | |
| 25. | | | | | Buy (add'l) | 07/01/13 | K | | |
| 26. | | | | | Sold (part) | 07/15/13 | K | B | |
| 27. | | | | | Sold (part) | 07/22/13 | J | B | |
| 28. | | | | | Buy (add'l) | 08/26/13 | K | | |
| 29. | | | | | Buy (add'l) | 09/16/13 | K | | |
| 30. | | | | | Sold (part) | 09/23/13 | K | C | |
| 31. | | | | | Buy (add'l) | 10/14/13 | K | | |
| 32. | | | | | Sold (part) | 10/28/13 | K | C | |
| 33.   -iShares Tr Dow Jones US Indl Se | B | Int./Div. | M | T | Sold (part) | 01/28/13 | J | A | |
| 34. | | | | | Buy (add'l) | 05/29/13 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Engelmayer, Paul A. | 12/11/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 07/01/13 | K | | |
| 36. | | | | | Sold (part) | 07/15/13 | K | C | |
| 37. | | | | | Sold (part) | 07/22/13 | J | B | |
| 38. | | | | | Buy (add'l) | 08/26/13 | J | | |
| 39. | | | | | Buy (add'l) | 09/16/13 | K | | |
| 40. | | | | | Sold (part) | 09/23/13 | K | C | |
| 41. | | | | | Buy (add'l) | 10/14/13 | K | | |
| 42. | | | | | Sold (part) | 10/28/13 | K | C | |
| 43. -Schwab NY AMT Tax-Free Money Fund | A | Int./Div. | J | T | | | | | |
| 44. -Materials SS SPDR | C | Int./Div. | M | T | Sold (part) | 01/28/13 | J | A | |
| 45. | | | | | Buy (add'l) | 05/29/13 | K | | |
| 46. | | | | | Buy (add'l) | 07/01/13 | K | | |
| 47. | | | | | Sold (part) | 07/15/13 | K | B | |
| 48. | | | | | Sold (part) | 07/22/13 | J | B | |
| 49. | | | | | Buy (add'l) | 08/26/13 | J | | |
| 50. | | | | | Buy (add'l) | 09/16/13 | K | | |
| 51. | | | | | Sold (part) | 09/23/13 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Engelmayer, Paul A. | 12/11/2014 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| | | | | | Buy (add'l) | 10/14/13 | K | | |
| 53. | | | | | Sold (part) | 10/28/13 | K | C | |
| 54.  -Select Sector SPDR Financial | C | Int./Div. | M | T | Sold (part) | 01/28/13 | J | A | |
| 55. | | | | | Buy (add'l) | 05/29/13 | K | | |
| 56. | | | | | Buy (add'l) | 07/01/13 | K | | |
| 57. | | | | | Sold (part) | 07/15/13 | K | | |
| 58. | | | | | Sold (part) | 07/22/13 | K | C | |
| 59. | | | | | Buy (add'l) | 05/29/13 | K | | |
| 60. | | | | | Buy (add'l) | 09/16/13 | K | | |
| 61. | | | | | Sold (part) | 09/23/13 | K | C | |
| 62. | | | | | Buy (add'l) | 10/14/13 | K | | |
| 63. | | | | | Sold (part) | 10/28/13 | K | C | |
| 64.  -Consumer Stap SPDR | C | Int./Div. | M | T | Sold (part) | 01/28/13 | J | A | |
| 65. | | | | | Buy (add'l) | 05/29/13 | K | | |
| 66. | | | | | Buy (add'l) | 07/01/13 | K | | |
| 67. | | | | | Sold (part) | 07/15/13 | K | C | |
| 68. | | | | | Sold (part) | 07/22/13 | J | B | |

1. Income Gain Codes: A =$1,000 or less; B =$1,001 - $2,500; C =$2,501 - $5,000; D =$5,001 - $15,000; E =$15,001 - $50,000
(See Columns B1 and D4) F =$50,001 - $100,000; G =$100,001 - $1,000,000; H1 =$1,000,001 - $5,000,000; H2 =More than $5,000,000
2. Value Codes: J =$15,000 or less; K =$15,001 - $50,000; L =$50,001 - $100,000; M =$100,001 - $250,000
(See Columns C1 and D3) N =$250,001 - $500,000; O =$500,001 - $1,000,000; P1 =$1,000,001 - $5,000,000; P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000; P4 =More than $50,000,000
3. Value Method Codes: Q =Appraisal; R =Cost (Real Estate Only); S =Assessment; T =Cash Market
(See Column C2) U =Book Value; V =Other; W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Engelmayer, Paul A. | 12/11/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 08/26/13 | M | C | |
| 70. | | | | | Buy (add'l) | 11/28/13 | M | | |
| 71.   -Healthcare SS SPDR | B | Int./Div. | | | Sold (part) | 01/28/13 | J | A | |
| 72. | | | | | Buy (add'l) | 05/29/13 | K | | |
| 73. | | | | | Sold | 07/01/13 | M | D | |
| 74.   -Consumers Dis SS SPDR | B | Int./Div. | M | T | Sold (part) | 01/28/13 | J | A | |
| 75. | | | | | Buy (add'l) | 05/29/13 | K | | |
| 76. | | | | | Buy (add'l) | 07/01/13 | K | | |
| 77. | | | | | Sold (part) | 07/15/13 | K | C | |
| 78. | | | | | Sold (part) | 07/22/13 | J | C | |
| 79. | | | | | Buy (add'l) | | | | |
| 80. | | | | | Buy (add'l) | | | | |
| 81. | | | | | Sold (part) | | | | |
| 82. | | | | | Buy (add'l) | 10/14/13 | K | | |
| 83. | | | | | Sold (part) | 10/28/13 | K | C | |
| 84.   -iShares 'G Dow Jones US Technology SE | B | Int./Div | M | T | Buy | 01/28/13 | L | | |
| 85. | | | | | Buy (add'l) | 05/29/13 | K | | |

1. Income Gain Codes:        A =$1,000 or less        B =$1,001 - $2,500        C =$2,501 - $5,000        D =$5,001 - $15,000        E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes               J =$15,000 or less       K =$15,001 - $50,000      L =$50,001 - $100,000        M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000   O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
3. Value Method Codes        Q =Appraisal             R =Cost (Real Estate Only)  S =Assessment                T =Cash Market
   (See Column C2)            U =Book Value            V =Other                     W =Estimated

FINANCIAL DISCLOSURE REPORT

Page 9 of 29

Name of Person Reporting

Engelmayer, Paul A.

Date of Report

12/31/2014

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Amount Code 1 (A-H) | Type (e.g. div. rent or int.) | C. Value Code 2 (J-P) | Value Method Code 3 (Q-W) | D. Type (e.g. buy, sell, redemption) | Date mm/dd/yy | Value Code 2 (J-P) | Gain Code 1 (A-H) | Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. | | | | | Buy (add'l) | 07/01/13 | K | | |
| 87. | | | | | Sold (part) | 07/15/13 | K | B | |
| 88. | | | | | Sold (part) | 07/22/13 | K | A | |
| 89. | | | | | Buy (add'l) | 08/26/13 | J | | |
| 90. | | | | | Buy (add'l) | 09/16/13 | K | | |
| | | | | | | (50'l) | | | |
| | | | | | Buy | 10/14/13 | K | | |
| 93. | | | | | Sold (part) | 10/28/13 | K | B | |
| 94. -iShares Tr Dow Jones US Healthcare Se | A | Int./Div. | M | T | Buy | 07/22/13 | M | | |
| 95. | | | | | Buy (add'l) | 08/26/13 | L | | |
| 96. | | | | | Buy (add'l) | 09/16/13 | | | |
| 97. | | | | | Sold (part) | 09/23/13 | K | A | |
| 98. | | | | | Buy (add'l) | 10/14/13 | K | | |
| 99. | | | | | Sold (part) | 10/28/13 | K | A | |
| 100. Brokerage 4 (H) | | | | | | | | | |
| 101. -Acadian Emerging Markets | B | Int./Div. | M | T | Buy (add'l) | 12/30/13 | J | | |
| 102. -BBH Core Select N | E | Int./Div. | O | T | Buy (add'l) | 01/29/13 | M | | |

| | Name of Person Reporting | | | | | | | Date of Report |
|---|---|---|---|---|---|---|---|---|
| | Engelmayer, Paul A. | | | | | | | 12/11/2014 |

## VII. INVESTMENTS and TRUSTS

☐  NONE (No reportable income, assets, or transactions.)

| (A) Description of Assets (including trust assets) | (B)(1) Amount | (C)(2) Type | (C)(1) Value | (C)(2) Value Method | (D)(1) Type of transaction | (D)(2) Date | (D)(3) Value | (D)(4) Gain | (D)(5) Identity of buyer/seller |
|---|---|---|---|---|---|---|---|---|---|
| 103. | | | | | Buy (add'l) | 02/13/13 | K | | |
| 104. -Berkshire Hathaway Inc Del Cl A | | None | P2 | T | Sold (part) | 05/28/13 | M | Q | |
| 105. -Berkshire Hathaway Inc Del B | | None | M | T | | | | | |
| 106. -Wisdom Tree LargeCap Dividend | E | Int./Div. | O | T | | | | | |
| 107. -PIMCO Unconstrained Bond Inst'l CL | D | Int./Div. | O | T | | | | | |
| 108. -Prudential Jennison Nat'rl Resources Fund Cl Z | | None | M | T | | | | | |
| 109. -RS Global Natural Resources Cl Y | A | Int./Div. | J | T | Sold (part) | 12/17/13 | M | | |
| 110. -First Eagle Global Inst CL I | E | Int./Div. | O | T | Buy (add'l) | 01/29/13 | M | | |
| 111. | | | | | Buy (add'l) | 02/13/13 | K | | |
| 112. -Schwab NY AMT Tax-Free Money Fund | A | Int./Div. | J | T | | | | | |
| 113. -GNMA II 000644 (36202AWD) (x) | A | Int./Div. | J | T | | | | | |
| 114. -iShares S&P GSSI Nat | | None | M | T | Buy | 12/27/13 | L | | |
| 115. Brokerage #5 (H) | | | | | | | | | |
| 116. -Long Island Pwr Auth N Y Elec Sys Rev | C | Int./Div. | M | T | | | | | |
| 117. -Metropolitan Transportation Auth N Y | C | | | | | | | | |
| 118. -New York N Y Go Bds Subseries L-1 Fiscal | C | Int./Div. | M | T | | | | | |
| 119. -New York N Y Go Bds Ser | C | Int./Div. | M | T | | | | | |

1. Value Codes ... K =$15,001 - $50,000 ... L =$50,001 - $100,000 ... M =$100,001 - $250,000
3. Value Method Codes ... Q =Appraisal ... R =Cost (Real Estate Only) ... S =Assessment ... T =Cash Market

| Name of Person Reporting | Date of Report |
|---|---|
| Engelmayer, Paul A. | 12/11/2014 |

## VII. INVESTMENTS and TRUSTS

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. -New York NY City Transitional Fin Auth Rev | D | Int./Div. | M | T | | | | | |
| 121. -New York N Y City Transitional Fin | C | Int./Div. | | | Sold | 09/19/13 | L | | |
| 122. -New York City Mun Wtr Fin Auth Bds | C | Int./Div. | | | Sold | 12/03/13 | M | | |
| 123. -New York N Y City Transitional Fin | C | Int./Div. | M | T | | | | | |
| 124. -New York N Y City Transitional Fin | C | Int./Div. | M | T | | | | | |
| 125. -New York St Brdg Auth Rev Gen Rev Bds | D | Int./Div. | M | T | | | | | |
| 126. -New York St Dorm Auth Revs Non St | C | Int./Div. | M | T | | | | | |
| 127. -New York St Dorm Auth St Pers Income | C | Int./Div. | | | Sold | 10/24/13 | M | | |
| 128. -New York St Dorm Auth Revs St | C | Int./Div. | L | T | | | | | |
| 129. -New York St Dorm Auth Revs St | C | Int./Div. | M | T | | | | | |
| 130. -New York St Dorm Auth Revs St | C | Int./Div. | L | T | | | | | |
| 131. -New York St Twy Authst Pers Income Tax | B | Int./Div. | L | T | | | | | |
| 132. -New York St Twy Authst Pers Income Tax | C | Int./Div. | | | Sold | 07/25/13 | M | | |
| 133. -Port Auth N Y & N J Consolidated Bds 173 | C | Int./Div. | | | Sold | 10/23/13 | M | | |
| 134. -Puerto Rico Comwlth Pub Impt Ref Bds | D | Int./Div. | L | T | | | | | |
| 135. -Puerto Rico Elec Pwr Auth Pwr | C | Int./Div. | L | T | | | | | |
| 136. -Triborough Brdg & Tunl Auth N Y Revs 05 | C | Int./Div. | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | | | | | |
| (See Column C2) | U =Book Value | | V =Other | W =Estimated | |

| Name of Person Reporting | Date of Report |
|---|---|
| Engelmayer, Paul A. | 12-10-2014 |

## VII. INVESTMENTS and TRUSTS -- Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -New York St Twy Authgen Rev Gen Rev Bds | B | Int./Div. | L | T | Buy | 01/24/13 | L | | |
| 138. -New York St Dorm Auth St Pers Income | A | Int./Div. | L | T | Buy | 09/19/13 | L | | |
| 139. -New York St Go Bds Ser Fiscal 2014 D-1 | | None | M | T | Buy | 09/27/13 | M | | |
| 140. -New York N Y Go Bds Ser Fiscal 2014 D-1 | | None | M | T | Buy | 10/22/13 | M | | |
| 141. -New York St Dorm Auth Sales Tax Rev | | None | M | T | Buy | 10/24/13 | M | | |
| 142. -New York City Trust for Cultural | | None | M | T | Buy | 12/23/13 | M | | |
| 143. -Schwab NY AMT Tax-Free Money Fund | A | Int./Div. | L | T | | | | | |
| 144. IRA #1 (H) | | | | | | | | | |
| 145. -Aberdeen Emerging Markets Instl | A | Int./Div. | K | | Sold (part) | 10/23/13 | | | |
| 146. -RS Global Natural Resources Cl Y | A | Int./Div. | J | T | | | | | |
| 147. -PNG Senior Income Cl A | B | Int./Div. | | | Sold | 10/24/13 | K | A | |
| 148. -BBH Core Select N | A | Int./Div. | K | T | Buy | 10/23/13 | K | | |
| 149. -First Eagle Global Inst Cl I | B | Int./Div. | K | T | Buy | 10/23/13 | K | | |
| 150. -Scout Unconstrained Bond Instl | A | Int./Div. | K | T | Buy | 10/23/13 | K | | |
| 151. | | | | | Buy (add'l) | 11/15/13 | K | | |
| 152. -Schwab Advisor Cash Reserves Fund (x) | | None | J | T | | | | | |
| 153. IRA #2 (H) (Y) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  IRA #3 (H) | | | | | | | | | |
| 155.  -Aberdeen Emerging Markets Instl | A | Int./Div. | K | T | | | | | |
| 156.  -RS Global Natural Resources Cl Y | A | Int./Div. | J | T | | | | | |
| 157.  -ING Senior Income Cl A | B | Int./Div. | | | Sold | 11/14/13 | K | A | |
| 158.  -BBH Core Select N | A | Int./Div. | J | T | Buy | 10/23/13 | J | | |
| 159.  -First Eagle Global Inst Cl I | A | Int./Div. | J | T | Buy | 10/23/13 | J | | |
| 160.  -Scout Unconstrained Bond Instl | A | Int./Div. | K | T | Buy | 11/15/13 | K | | |
| 161.  -Schwab Advisor Cash Reserves Premier Sweep (x) | | None | J | T | | | | | |
| 162.  IRA #4 (H) | | | | | | | | | |
| 163.  -RS Global Natural Resources Cl Y | A | Int./Div. | K | T | | | | | |
| 164.  -ING Senior Income Cl A | D | Int./Div. | | | Sold | 11/14/13 | M | | |
| 165.  -Scout Unconstrained Bond Instl | B | Int./Div. | M | T | Buy | 11/18/13 | M | | |
| 166.  -Schwab Advisor Cash Reserves Premier Sweep (x) | A | Int./Div. | J | T | | | | | |
| 167.  IRA #5 (H) | | | | | | | | | |
| 168.  -Aberdeen Emerging Markets Instl | A | Int./Div. | K | T | | | | | |
| 169.  -ING Senior Income Cl A | C | Int./Div. | | | Sold | 11/14/13 | L | A | |
| 170.  -Scout Unconstrained Bond Instl | A | Int./Div. | L | T | Buy | 11/18/13 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Engelmayer, Paul A. | 12/11/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  -Schwab Advisor Cash Reserves Premier Sweep (x) | A | Int./Div. | J | T | | | | | |
| 172.  IRA #6 (H) | | | | | | | | | |
| 173.  -Balestra Global Ltd | | None | N | T | | | | | |
| 174.  -Definitive Guardian Fund, Ltd. | | None | O | T | | | | | |
| 175.  -Schwab Advisor Cash Reserves Premier Sweep | | None | J | T | | | | | |
| 176.  Trust #1 (H) | | | | | | | | | |
| 177.  -Aberdeen Emerging Markets Instl | A | Int./Div. | J | T | | | | | |
| 178.  -BBH Core Select N | A | Int./Div. | K | T | Buy (add'l) | 03/01/13 | J | | |
| 179.  -Berkshire Hathaway Inc Del B | | None | L | T | | | | | |
| 180.  -Wisdom Tree LargeCap Dividend Fund | A | Int./Div. | K | T | | | | | |
| 181.  -WisdomTree MidCap Dividend | A | Int./Div. | J | T | | | | | |
| 182.  -GRT Value Fund Advisor Class | A | Int./Div. | J | T | | | | | |
| 183.  -iShares Tr S&P 400 BARRA Midcap Growth | A | Int./Div. | J | T | | | | | |
| 184.  -PIMCO Unconstrained Bond Instl CL | A | Int./Div. | K | T | Buy (add'l) | 03/01/13 | J | | |
| 185.  -Prudential Jennison Natural Resources Fund Cl Z | | None | J | T | | | | | |
| 186.  -First Eagle Global Inst CL I | B | Int./Div. | K | T | Buy (add'l) | 03/01/13 | J | | |
| 187. | | | | | Buy (add'l) | 12/17/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Engelmayer, Paul A. | 12/11/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -Schwab Municipal Money Fund Sweep Shares (X) | A | Int./Div. | J | T | | | | | |
| 189. -Templeton Global Bond Fund Cl A | A | Int./Div. | K | T | Buy (add'l) | 3/1/13 | J | | |
| 190. -Virtus Premium AlphaSector CL 1 | B | Int./Div. | K | T | Buy (add'l) | 12/30/13 | J | | |
| 191. -ING Senior Income Cl A | A | Int./Div. | J | T | | | | | |
| 192. Trust #2 (H) | | | | | | | | | |
| 193. -Aberdeen Emerging Markets Instl | A | Int./Div. | J | T | | | | | |
| 194. -Berkshire Hathaway Inc Del B | | None | L | T | | | | | |
| 195. -Wisdom Tree LargeCap Dividend Fund | A | Int./Div. | K | T | | | | | |
| 196. -WisdomTree MidCap Dividend | A | Int./Div. | J | T | | | | | |
| 197. -iShares Tr S&P 400 BARRA Midcap Growth | A | Int./Div. | J | T | | | | | |
| 198. -PIMCO Unconstrained Bond Instl CL | A | Int./Div. | K | T | Buy (add'l) | 03/01/13 | J | | |
| 199. -Prudential Jennison Natural Resources Fund Cl Z | | None | J | T | | | | | |
| 200. -First Eagle Global Inst CL 1 | A | Int./Div. | J | T | Buy (add'l) | 03/01/13 | J | | |
| 201. -Schwab Municipal Money Fund Sweep Shares (X) | | None | J | T | | | | | |
| 202. -Templeton Global Bond Fund Cl A | A | Int./Div. | K | T | Buy (add'l) | 03/01/13 | J | | |
| 203. -Virtus Premium AlphaSector CL 1 | A | Int./Div. | K | T | | | | | |
| 204. -ING Senior Income Cl A | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205.  -BBH Core Select N | A | Int./Div. | J | T | Buy | 03/01/13 | J | | |
| 206.  UTMA #1 (H) | | | | | | | | | |
| 207.  -Aberdeen Emerging Markets Instl | A | Int./Div. | J | T | | | | | |
| 208.  -Wisdom Tree LargeCap Dividend Fund | A | Int./Div. | J | T | | | | | |
| 209.  -WisdomTree MidCap Dividend | A | Int./Div. | J | T | | | | | |
| 210.  -Prudential Jennison Natural Resources Fund Cl Z | | None | J | T | | | | | |
| 211.  -First Eagle Global Inst CL I | A | Int./Div. | J | T | | | | | |
| 212.  -Templeton Global Bond Fund Cl A | B | Int./Div. | K | T | | | | | |
| 213.  -Schwab NY AMT Tax-Free Money Fund (x) | A | Int./Div. | J | T | | | | | |
| 214.  UTMA #2 (H) | | | | | | | | | |
| 215.  -Aberdeen Emerging Markets Instl | A | Int./Div. | J | T | | | | | |
| 216.  -Berkshire Hathaway Inc Del B | | None | L | T | | | | | |
| 217.  -Wisdom Tree LargeCap Dividend Fund | A | Int./Div. | J | T | | | | | |
| 218.  -Prudential Jennison Natural Resources Fund Cl Z | | None | J | T | | | | | |
| 219.  -First Eagle Global Inst CL I | A | Int./Div. | K | T | | | | | |
| 220.  -Schwab NY AMT Tax-Free Money Fund (x) | A | Int./Div. | J | T | | | | | |
| 221.  UTMA #3 (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. -Aberdeen Emerging Markets Instl | A | Int./Div. | J | T | | | | | |
| 223. -Wisdom Tree LargeCap Dividend Fund | A | Int./Div. | J | T | | | | | |
| 224. -WisdomTree MidCap Dividend | A | Int./Div. | J | T | | | | | |
| 225. -Prudential Jennison Natural Resources Fund Cl Z | | None | J | T | | | | | |
| 226. -First Eagle Global Inst CL I | A | Int./Div. | J | T | | | | | |
| 227. -Templeton Global Bond Fund Cl A | B | Int./Div. | K | T | | | | | |
| 228. -Schwab NY AMT Tax-Free Money Fund (x) | | None | J | T | | | | | |
| 229. UTMA #4 (H) | | | | | | | | | |
| 230. -Aberdeen Emerging Markets Instl | A | Int./Div. | J | T | | | | | |
| 231. -Berkshire Hathaway Inc Del B | | None | L | T | | | | | |
| 232. -Wisdom Tree LargeCap Dividend Fund | A | Int./Div. | J | T | | | | | |
| 233. -Prudential Jennison Natural Resources Fund Cl Z | | None | J | T | | | | | |
| 234. -First Eagle Global Inst CL I | A | Int./Div. | K | T | | | | | |
| 235. -Schwab NY AMT Tax-Free Money Fund (x) | | None | J | T | | | | | |
| 236. 529 Plan #1 (H) | | | | | | | | | |
| 237. -New York Saves Growth Stock Index Portfolio | | None | K | T | Sold (part) | 03/05/13 | K | C | |
| 238. -New York Saves Interest Accumulation Index Portfolio | | None | L | T | Buy (add'l) | 03/05/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Engelmayer, Paul A. | 12/11/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239.  -New York Saves Value Stock Index Portfolio | | None | K | T | Sold (part) | 03/05/13 | K | B | |
| 240.  -New York Saves Inflation Protected Portfolio | | None | J | T | Buy | 03/05/13 | J | | |
| 241.  529 Plan #2 (H) | | | | | | | | | |
| 242.  -New York Saves Interest Accumulation Portfolio | | None | L | T | Sold (part) | 04/26/13 | L | | |
| 243. | | | | | Buy (add'l) | 05/10/13 | L | | |
| 244.  -New York Saves Mid Cap Stock Index Portfolio | | None | K | T | Sold (part) | 05/10/13 | J | C | |
| 245.  -New York Saves Value Stock Index Portfolio | | None | | | Sold (part) | 04/26/13 | J | B | |
| 246. | | | | | Sold | 05/10/13 | K | D | |
| 247.  -New York Saves Growth Stock Index Portfolio | | None | | | Buy (add'l) | 04/26/13 | L | | |
| 248. | | | | | Sold | 05/10/13 | L | C | |
| 249.  -New York Saves Inflation Protected Portfolio | | None | L | T | Buy (add'l) | 04/26/13 | K | | |
| 250. | | | | | Buy (add'l) | 05/10/13 | J | | |
| 251.  -New York Saves Developed Markets Income Portfolio | | None | K | T | Sold (part) | 05/10/13 | K | D | |
| 252.  - New York Saves Aggressive Growth Portfolio (x) | | None | L | T | Sold (part) | 04/26/13 | J | C | |
| 253. | | | | | Buy (add'l) | 05/10/13 | L | | |
| 254.  529 Plan #3 (H) | | | | | | | | | |
| 255.  -New York Saves Growth Stock Index Portfolio | | None | | | Buy (add'l) | 01/14/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | Buy (add'l) | 05/06/13 | K | | |
| 257. | | | | | Sold | 05/10/13 | K | B | |
| 258.  -New York Saves Mid Cap Stock Index Portfolio | None | K | T | | Sold (part) | 05/06/13 | J | C | |
| 259. | | | | | Buy (add'l) | 05/10/13 | J | | |
| 260.  -New York Saves Small Cap Stock Index Portfolio | None | | | | Sold (part) | 05/06/13 | J | C | |
| 261. | | | | | Sold | 05/10/13 | J | | |
| 262.  -New York Saves Value Stock Index Portfolio | None | | | | Buy (add'l) | 01/14/13 | J | | |
| 263. | | | | | Buy (add'l) | 05/06/13 | K | | |
| 264. | | | | | Sold | 05/10/13 | K | B | |
| 265.  -New York Saves Inflation Protected Portfolio | None | L | T | | Buy (add'l) | 01/14/13 | J | | |
| 266. | | | | | Buy (add'l) | 05/06/13 | J | | |
| 267. | | | | | Sold (part) | 05/06/13 | K | C | |
| 268. | | | | | Sold (part) | 05/10/13 | J | A | |
| 269.  -New York Saves Developed Markets Income Portfolio | None | K | T | | Sold (part) | 05/10/13 | K | C | |
| 270.  -New York Interest Accumulation Portfolio (x) | None | L | T | | Sold | 05/06/13 | J | D | |
| 271. | | | | | Buy | 05/10/13 | L | | |
| 272.  -New York Aggressive Growth Portfolio | None | K | T | | Buy | 05/10/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Engelmayer, Paul A. | 12/11/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. 529 Plan #4 (H) | | | | | | | | | |
| 274. -New York Saves Growth Stock Index Portfolio | | None | L | T | Buy (add'l) | 01/14/13 | J | | |
| 275. -New York Saves Interest Accumulation Portfolio | | None | L | T | | | | | |
| 276. -New York Saves Value Stock Index Portfolio | | None | L | T | Buy (add'l) | 01/14/13 | J | | |
| 277. -New York Saves Inflation Protected Portfolio | | None | K | T | Buy (add'l) | 01/14/13 | J | | |
| 278. Teachers Retirement System of NY 403(b) #1 (H) | | | | | | | | | |
| 279. -Diversified Equity | | None | M | T | | | | | |
| 280. -Stable Value | | None | L | T | | | | | |
| 281. -International Equity | | None | L | T | | | | | |
| 282. -Inflation Protection | | None | L | T | | | | | |
| 283. Citigroup Checking Account | | None | K | T | | | | | |
| 284. Chase Checking Account | | None | K | T | | | | | |
| 285. Westchester County Real Estate Parcel #1 Westchester Co., NY | | None | N | W | | | | | |
| 286. Westchester County Real Estate Parcel #2 Westchester Co., NY | | None | M | W | | | | | |
| 287. Estate #1 (H) (Y) | | | | | | | | | |
| 288. -HSBC Checking Account #1 (Y) | | | | | | | | | |
| 289. Brokerage #6 (H) (Y) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Engelmayer, Paul A. | 12/11/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290.  Estate #2 - Brokerage A (H) (x) | A | Int./Div. | N | T | | | | | |
| 291.  -Apple Inc. (x) | | | | | Sold | 12/17/13 | J | B | |
| 292.  -Berkshire Hathaway Inc Del Cl A (x) | | | | | Sold (part) | 8/02/13 | M | G | |
| 293. | | | | | Sold (part) | 12/17/13 | O | G | |
| 294.  -Berkshire Hathaway Inc Del Cl B New (x) | | | | | | | | | |
| 295.  -Covien PLC (x) | | | | | Sold | 12/17/13 | K | B | |
| 296.  -Google Inc. (x) | | | | | Sold | 12/17/13 | K | D | |
| 297.  -Mallinckrodt PLC (x) | | | | | Sold | 12/17/13 | J | A | |
| 298.  -Port Authority New York and New Jersey Bds          (x) | | | | | | | | | |
| 299.  -New York St Dorm Auth Revs Rev Bds          (x) | | | | | | | | | |
| 300.  -Port Auth NY and NJ Rev Bds Ser. Cons        ) (x) | | | | | | | | | |
| 301.  -State Street Corp.(x) | | | | | Sold | 12/17/13 | J | A | |
| 302.  -Fidelity Municipal Money Market (x) | | | | | | | | | |
| 303.  Estate #2 - Brokerage B (H)(x) | E | Int./Div. | N | T | | | | | |
| 304.  -Dreyfus Opportunistic Small Cap Fund (x) | | | | | | | | | |
| 305.  -Dreyfus Technology Growth Fund-Cl A (x) | | | | | | | | | |
| 306.  -Dynamic Total Return Fund-Class A (x) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Engelmayer, Paul A. | 12/11/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. Estate #2 - Brokerage C (H) (x) | | | | | | | | | |
| 308. -Columbia Large Cap Growth Fund A (x) | | | | | Distributed | 12/13/13 | J | | |
| 309. Estate #2 - Checking Account A (H) (x) | None | | K | T | | | | | |
| 310. -Chase Checking Account (x) | | | | | | | | | |
| 311. Estate #2 - Real Estate Parcels (H) (x) | | | | | | | | | |
| 312. -Westchester Co Real Estate Parcel #1 Westchester Co, NY (x) | None | | K | W | | | | | |
| 313. -Westchester Co Real Estate Parcel #4 Westchester Co, NY (x) | None | | N | W | | | | | |
| 314. -Westchester Co Real Estate Parcel #5 Westchester Co, NY (x) | None | | O | W | | | | | |
| 315. -Westchester Co Real Estate Parcel #6 Westchester Co, NY (x) | None | | N | W | | | | | |
| 316. -Westchester Co Real Estate Parcel #7 Westchester Co, NY (x) | None | | K | W | | | | | |
| 317. Estate #2 - Real Estate Investment Partnerships (H)(x) | | | | | | | | | |
| 318. -TC Albuquerque - Private Real Estate Partnership (x) | None | | | | Distributed | | | | Distributed to Spouse |
| 319. TC Albuquerque - Private Real Estate Partnership (x) | None | | M | T | | | | | Acquired from Estate #2 |
| 320. Brokerage #7 (H)(x) | | | | | | | | | |
| 321. -CapitalSpring Direct Lending Partners, LP (Priv Equity)(x) | None | | M | T | | | | | |
| 322. Brokerage #8 (H) (x) | | | | | | | | | |
| 323. -Baron Growth (x) | A | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Engelmayer, Paul A. | 12/11/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. -BBH Core Select N (x) | B | Int./Div. | K | T | | | | | |
| 325. -Berkshire Hathaway Inc Del B (x) | | None | M | T | | | | | |
| 326. -BlackRock Equity Dividend I (x) | A | Int./Div. | K | T | | | | | |
| 327. -BlackRock Global Allocation I (x) | D | Int./Div. | M | T | | | | | |
| 328. -Cornwall NY Pub Impt Bds Ser. 2003 | A | Int./Div. | | | Redeemed | 09/03/13 | K | | |
| 329. -East Hampton Twn N Ypub Impt Go Bds Ser _____ (x) | A | Int./Div. | J | T | | | | | |
| 330. -Fidelity Contrafund (x) | C | Int./Div. | K | T | | | | | |
| 331. -Fidelity Low-Priced Stock Fund (x) | B | Int./Div. | K | T | | | | | |
| 332. -Ivy Asset Strategy Cl I (x) | A | Int./Div. | M | T | | | | | |
| 333. -New York N Y City Transitional Fin _____ (x) | A | Int./Div. | K | T | | | | | |
| 334. -New York St Go Bds Ser. 2005 A _____ ) (x) | A | Int./Div. | K | T | | | | | |
| 335. -PIMCO Total Return Fund Instl | A | Int./Div. | | | Sold | 12/09/13 | L | | |
| 336. -Royce Total Return Fund (x) | B | Int./Div. | K | T | | | | | |
| 337. -SPDR S&P 500 ETF (x) | A | Int./Div. | K | T | | | | | |
| 338. -SPDR S&P Midcap 400 ETF Tr Unit (x) | A | Int./Div. | K | T | | | | | |
| 339. -St. Louis Mo Brd Ed Go Dbs Mo Direct _____ (x) | | None | J | T | | | | | |
| 340. -St. Louis Mo Brd Ed Go Dbs Mo Direct _____ (x) | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Engelmayer, Paul A. | 12/11/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. -Templeton Global Bond Fund Advisor Class (x) | B | Int./Div. | L | T | | | | | |
| 342. -Triborough Brdg & Tunl Auth N Y Revs 05 ▮▮▮▮ (x) | B | Int./Div. | K | T | | | | | |
| 343. -Tweedy Browne Global Value Fund (x) | B | Int./Div. | K | T | | | | | |
| 344. -Vanguard Intermediate Term Tax Exempt (x) | B | Int./Div. | L | T | | | | | |
| 345. -Vanguard Limited Term Tax Exempt Adml Sh (x) | A | Int./Div. | K | T | | | | | |
| 346. -Schwab NY AMT Tax-Free Money Fund (x) | A | Int./Div. | J | T | | | | | |
| 347. IRA #7 (H) (x) | E | Int./Div. | O | T | | | | | |
| 348. -Aberdeen Emerging Markets Instl (x) | | | | | Buy | 11/06/13 | M | | |
| 349. -Aluminum Co Amer Bd-B ▮▮▮▮ (x) | | | | | Sold | 11/06/13 | K | | |
| 350. -Baron Growth (x) | | | | | Sold | 11/06/13 | K | B | |
| 351. -BBH Core Select N (x) | | | | | Buy | 11/06/13 | L | | |
| 352. -BlackRock Equity Dividend I (x) | | | | | Sold | 11/06/13 | K | | |
| 353. -BlackRock Global Allocation I (x) | | | | | Sold | 11/06/13 | M | C | |
| 354. -Con Edison Notes ▮▮▮▮ (x) | | | | | Sold | 11/06/13 | J | | |
| 355. -Fidelity Contrafund (x) | | | | | Sold | 11/06/13 | K | C | |
| 356. -Fidelity Low-Priced Stock Fund (x) | | | | | Sold | 11/06/13 | K | B | |
| 357. -First Eagle Global Inst Cl I (x) | | | | | Buy | 11/06/13 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. -Goldman Sachs Group Inc. ▨ (x) | | | | | Sold | 11/06/13 | K | | |
| 359. -Ivy Asset Strategy Cl I (x) | | | | | Sold | 11/06/13 | L | D | |
| 360. -SPDR S&P 500 ETF (x) | | | | | Sold | 11/06/13 | J | A | |
| 361. -Neuberger Berman Short Duration Bd Inv (x) | | | | | Sold | 11/06/13 | J | | |
| 362. -PIMCO Total Return Instl (x) | | | | | Sold | 11/06/13 | K | | |
| 363. -Royce Total Return Fund (x) | | | | | Sold | 11/06/13 | K | B | |
| 364. -SPDR S&P 500 ETF Trust (x) | | | | | Sold | 11/06/13 | K | B | |
| 365. -Scout Unconstrained Bond Instl (x) | | | | | Buy | 11/11/13 | N | | |
| 366. -Templeton Global Bond Fund Advisor Class (x) | | | | | Sold | 11/06/13 | L | | |
| 367. -Tweedy Browne Global Value Fund (x) | | | | | Sold | 11/06/13 | K | B | |
| 368. -United States Treas Bds ▨ (x) | | | | | Sold | 11/06/13 | K | | |
| 369. -United States Treas Bds ▨ (x) | | | | | Sold | 11/06/13 | J | | |
| 370. -Vanguard Intermediate Term Tax Exempt Admiral (x) | | | | | Sold | 11/07/13 | L | | |
| 371. -Vanguard Limited Term Tax Exempt Admiral (x) | | | | | Sold | 11/07/13 | L | | |
| 372. -Schwab Advisor Cash Reserves Premier Sweep (x) | | | | | | | | | |
| 373. IRA #8 (H) (x) | D | Int./Div. | M | T | | | | | |
| 374. -BBH Core Select N (x) | | | | | Buy | 10/23/13 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 375. -First Eagle Global Inst Cl I (x) | | | | | Buy | 10/23/13 | L | | |
| 376. -Ivy Asset Strategy Fund (x) | | | | | Sold | 10/23/13 | M | D | |
| 377. -PIMCO Total Return Fund Instl (x) | | | | | Sold | 10/23/13 | L | | |
| 378. -Schwab Advisor Cash Reserves Premier Sweep (x) | | | | | | | | | |
| 379. -Scout Unconstrained Bond Instl (x) | | | | | Buy | 10/23/13 | L | | |
| 380. | | | | | Buy (add'l) | 10/28/13 | K | | |
| 381. -SPDR S&P Midcap 400 ETF (x) | | | | | Sold | 10/23/13 | J | A | |
| 382. -Vanguard Limited Term Tax Exempt Admiral (x) | | | | | Sold | 10/24/13 | J | | |
| 383. Trust #3 (H) (x) | D | Int./Div. | N | T | | | | | |
| 384. -SPDR S&P 500 ETF Trust (x) | | | | | | | | | |
| 385. -SPDR S&P Midcap 400 ETF Trust (x) | | | | | | | | | |
| 386. -Spartan Total Market Index Fid Advantage Class (x) | | | | | Buy | 6/14/13 | J | | |
| 387. -Fidelity Contrafund (x) | | | | | | | | | |
| 388. -Fidelity Low Priced Stock (x) | | | | | | | | | |
| 389. -BBH Core Select N (x) | | | | | | | | | |
| 390. -Baron Growth Fund Retail Shares (x) | | | | | | | | | |
| 391. -BlackRock Equity Dividend Instl (x) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Engelmayer, Paul A. | 12/11/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. -BlackRock Global Allocation Fd Instl (x) | | | | | | | | | |
| 393. -Ivy Asset Strategy Fund Cl I (x) | | | | | | | | | |
| 394. -PIMCO Total Return Instl (x) | | | | | Sold | 6/14/13 | J | | |
| 395. -Royce Total Return Fd Investment Cl (x) | | | | | | | | | |
| 396. -Templeton Global Bond Fund Advisor Class | | | | | Sold | 9/26/13 | J | | |
| 397. -Tweedy Browne Global Value Fund (x) | | | | | | | | | |
| 398. -Vanguard Intermediate Tax Exempt Admiral (x) | | | | | Sold (part) | 7/16/13 | J | | |
| 399. -Vanguard Limitd Term Tax Exempt Admiral (x) | | | | | Sold (part) | 6/14/13 | J | | |
| 400. | | | | | Sold (part) | 8/20/13 | L | | |
| 401. -Fidelity Municipal Money Market (x) | | | | | | | | | |
| 402. Trust #4 (H) (x) | | | | | | | | | |
| 403. -Chase Checking Account (x) | None | J | T | | | | | | |
| 404. Westchester Co Real Estate Parcel #3 Westchester Co, NY (x) | None | M | W | | | | | | |
| 405. Westchester Co Real Estate Parcel #6 Westchester Co, NY (x) | None | N | W | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Engelmayer, Paul A. | 12/11/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

-Lines 293 to 322 have been removed. In the 2012 Report, lines 293 to 322 were marked as "Intentionally Left Blank."

-In Part I, Position 2 (Trustee of Trust #2): This position was not included on the 2012 filing, however the subsequent assets and transactions associated with Trust #2 were.

| Name of Person Reporting | Date of Report |
|---|---|
| Engelmayer, Paul A. | 12/11/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Paul A. Engelmayer**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544